FILED

09/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0357

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| CASCADE COUNTY,<br><br>    Appellant,<br><br>vs.<br><br>MONTANA PETROLEUM TANK<br>RELEASE COMPENSATION BOARD,<br><br>    Appellee. | Case No.:  DA 21-0357<br><br>**ORDER** |

Appellant Cascade County having filed an *Unopposed Motion for Extension of Time* within which to file Appellants' Opening Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED.  Appellant's Opening Brief is due November 17, 2021.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 29 2021